FILED

10/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0077

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0077

_____

IN RE THE MARRIAGE OF:

CHERYL L. TARBET, f/k/a
CHERYL L. SMITH,

       Petitioner and Appellee,

and

RANDALL B. SMITH,

       Respondent and Appellant.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Cheryl L. Tarbet, to all counsel of record, and to the Honorable Christopher D. Abbott, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 6 2021